# UNITED STATES DISTRICT COURT

for the

Southern District of New York

_________ Division

Case No. 26 CV 2198

*(to be filled in by the Clerk's Office)*

Richard Wayne Thompson

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Major League Baseball

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 17 AM 10:45

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Wayne Thompson |
| Street Address | 2227 S. 180TH Drive |
| City and County | Goodyear/Maricopa |
| State and Zip Code | Arizona/85338 |
| Telephone Number | 623-521-2201 |
| E-mail Address | 777vets4god@mail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MAJOR LEAGUE BASEBALL |
| Job or Title *(if known)* | Corportate |
| Street Address | 245 Park Avenue, 31st Floor |
| City and County | New York, New York |
| State and Zip Code | NY/10167 |
| Telephone Number | 212-931-7800 |
| E-mail Address *(if known)* | unkown |

Defendant No. 2

| | |
|---|---|
| Name | n/a |
| Job or Title *(if known)* | n/a |
| Street Address | n/a |
| City and County | n/a |
| State and Zip Code | n/a |
| Telephone Number | n/a |
| E-mail Address *(if known)* | n/a |

Defendant No. 3

| | |
|---|---|
| Name | n/a |
| Job or Title *(if known)* | n/a |
| Street Address | n/a |
| City and County | n/a |
| State and Zip Code | n/a |
| Telephone Number | n/a |
| E-mail Address *(if known)* | n/a |

Defendant No. 4

| | |
|---|---|
| Name | n/a |
| Job or Title *(if known)* | n/a |
| Street Address | n/a |
| City and County | n/a |
| State and Zip Code | n/a |
| Telephone Number | n/a |
| E-mail Address *(if known)* | n/a |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has federal question jurisdiction under 28 U.S.C. part 1331 because this action arises under the United States Constitution and federal civil rights laws, including, 42 U.S.C. part 1983; 42 U.S.C. part 1985; 42 U.S.C. part 1986

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* n/a, is a citizen of the State of *(name)* n/a.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* n/a, is incorporated under the laws of the State of *(name)* n/a, and has its principal place of business in the State of *(name)* n/a.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* n/a, is a citizen of the State of *(name)* n/a. Or is a citizen of *(foreign nation)* n/a.

b. If the defendant is a corporation

The defendant, *(name)* n/a, is incorporated under the laws of the State of *(name)* n/a, and has its principal place of business in the State of *(name)* n/a.
Or is incorporated under the laws of *(foreign nation)* n/a, and has its principal place of business in *(name)* n/a.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Please see attachments

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
Please see attachments

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attachments

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/13/2026

Signature of Plaintiff

Printed Name of Plaintiff Richard Wayne Thompson

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

UNITED STATES DISTRICT
COURT

SOUTHERN DISTRICT OF NEW YORK

Richard Wayne Thompson,
Plaintiff,

v.

Major League Baseball,
Defendant.

COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, CIVIL CONSPIRACY, AND
FRAUDULENT CONCEALMENT

Plaintiff Richard Wayne Thompson, proceeding pro se, alleges as follows:

I.     INTRODUCTION

1.  This civil action arises from Defendant's participation in and concealment of constitutional violations against Plaintiff and a crime against Congress by the Department of Veterans Affairs.

2.  Plaintiff provided Defendants with evidence of ongoing civil rights violations and constitutional misconduct and concealment of a crime against Congress.

3.  Dan Halem under the supervision of Defendant acting as Chief Legal Officer for Major League Baseball, communicated directly with Plaintiff and represented that

Major League Baseball would assist in advocating for civil protections for this Plaintiff and African American Veterans in Arizona.

4. Instead of advocating for Plaintiff and African American Veterans in Arizona, Defendants communicated with outside law enforcement agencies and relied upon representations made by those agencies despite their lack of jurisdiction over Plaintiff.

5. Defendants thereafter concealed the evidence and failed to disclose the truth of those communications.

   In 2025, new evidence and overlooked evidence prompted the Arizona Supreme Court to reopen the case under 25-CV-0303-PR, Nellum v. Thompson (My son was sold to a white doctor in a fraudulent adoption, and MLB participated in the concealment, willingly or unwillingly).

II. JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. part 1331(Federal question) and 28 U.S.C. part 1343(civil rights).

7. Plaintiff's claims arise under:

   - 42 U.S.C. part 1983
   - 42 U.S.C. part 1985
   - 42 U.S.C. part 1986
   - 18 U.S.C. part 1962(Civil RICO)

8. Venue is proper under 28 U.S.C. part 1391(b) because:

   - MLB's principal offices are in New York City, within this district.

- Defendant Halem's relevant acts occurred within this district.
- A substantial part of the acts or omissions giving rise to the claims occurred in this district.

## III. PARTIES

9. Plaintiff is a U.S. Citizen, African American, and Disabled Combat Marine Veteran of Desert Storm and Desert Shield.
10. Defendant Major League Baseball is headquartered in New York City.
11. Defendant Dan Halem is Chief Legal Officer of MLB and acted within the scope of his employment for all relevant acts.

## IV. FACTUAL ALLEGATIONS

12. Plaintiff provided Defendants with evidence of constitutional violations and civil rights abuses.
13. Plaintiff communicated directly with Defendant Halem by telephone regarding these matters.
14. Halem represented that Major League Baseball would advocate for Plaintiff and provide civil rights protections, including involvement in Baseball opportunities for African American Veterans in Arizona.
15. Defendants instead communicated with law enforcement agencies, including the Phoenix Police Department, despite the agency having no jurisdiction over Plaintiff.

16. Defendants concealed evidence and failed to disclose the truth of these communications.

17. Defendants' actions contributed to the continuation of civil rights violations against Plaintiff.

18. In 2025, newly discovered evidence reopened matters connected to the violations described herein.

## V. STATEMENT OF EVIDENCE

19. Plaintiff has obtained or will submit the following categories of evidence to support the claims:

- Communications with Dan Halem: Vows made by MLB counsel under deception and on 02/12/2026, Major League Baseball did receive the following update by way of USPS# 9505 5066 8406 6039 9828 29. Defendant MLB General Counsel Lara Pitaro Wisch has had the evidence, since 10/16/2024 and refused to disclose crime against Congress and Constitutional violations.
- The Arizona Supreme Court has reopened the case, after 20 years of denial
- The Secretary of the AOC, and Paul Brennan have the evidence concealed by Defendant (USPS# 9502 6066 8406 6064 9980 24);
- Defendant willingly or unwillingly assisted in concealing a crime against Congress associated with 1:25-CV-04578 District of Columbia Court.
- The AOC is involved due to obstruction, involving non-judicial employees like Stephanie McMahon of the Ninth Circuit Court. Under her supervision

Plaintiffs pleadings are not filed or docketed, or not filed in a timely manner, tampered with, misplaced in an effort to deny access to Justice, as did the Defendant. Plaintiff filed a Motion To Intervene in IVA ROBBINS v. MOLLY C. DWYER et al.

- Defendant willingly or unwillingly assisted in concealment

- Defendant willingly or unwillingly assisted Arizona Law Enforcement conceal the unlawful arrest by Phoenix Branch US Marshals, when a warrant issued for Terrell Collins to arrest me, and the Prosecutor was Scott Blum, who intentionally used an invalid warrant to bring me to Court, and Defendant willingly or unwillingly participated. Ninth Circuit Docket Number: 26-320

- Department of Justice Complaint- 739020-PKW

- 2026-USMS-FOIA/PA-000339

- After Desert Storm, the State of Arizona participated in the fraudulent adoption of my son, and denied Plaintiff constitutional rights to petition until 2025, using law enforcement to deter, and deny Plaintiff access to Justice and Defendant, MLB has participated willingly or unwillingly.

20. Exhibits will be referenced in the complaint, correlating the factual allegations.

## VI. NEWLY DISCOVERED EVIDENCE/TOLLING

21. Plaintiff did not have access to critical evidence at the time the original events occurred.

22. Newly discovered material evidence in 2025 has revealed additional acts and communications by Defendants that support claims of civil rights violations and concealment.

23. As a result, any applicable statutes of limitations are tolled under the doctrine of discovery rule, allowing Plaintiff to bring this action despite the passage of time.

24. Plaintiff did file a lawyer complaint with the Attorney Grievance Committee- First Judicial Department, and no action was taken. Complaint sent by email to:AD1-AGC-newcomplaints@nycourts.gov

25. The State Bar of Arizona are direct participants in the civil rights violations, and despite having that evidence, the New York Attorney Grievance Committee-First Judicial Department, negligently referred the federal issue to Arizona State actor, so Plaintiff filed a lawsuit against State Bar of Arizona Chief Legal Jessica Fotinos and that Ninth Circuit Court Docket Number is:26-351; Defendant MLB and Attorney Grievance Committee-First Judicial Department willingly or unwillingly participated in civil rights violations.

VII.    CAUSES OF ACTION

First Cause of Action- Civil Rights Conspiracy (42 U.S.C. part 1985)

26. Plaintiff incorporates all prior paragraphs

27. Defendant conspired with others to deprive Plaintiff of equal protection under the law.

28. Defendants knowingly participated in conduct that furthered the deprivation of Plaintiff's civil rights.

29. Plaintiff suffered damages as a direct result.

Second Cause of Action- Neglect to Prevent Civil Rights Violations (42 U.S.C. part 1986)

30. Plaintiff incorporates all prior paragraphs.

31. Defendants had knowledge of unlawful civil rights violations and the power to prevent them.

32. Defendants failed to take reasonable action to prevent those violations.

33. Plaintiff suffered damages as a result.

Third Cause of Action- Civil RICO (18 U.S.C. part 1962)

34. Plaintiff incorporates all prior paragraphs.

35. Defendants participated in an enterprise affecting interstate commerce.

36. Defendant engaged in a pattern of racketeering activity designed to conceal unlawful acts and civil rights violations.

37. Plaintiff suffered substantial injury as a direct result of these acts.

## VIII. DAMAGES

38. As a direct result of Defendant's actions, Plaintiff suffered:

- Emotional distress
- Reputational damage
- Financial harm
- Deprivation of constitutional rights

39. Plaintiff seeks a total of $225,000,000 in damages.

## IX. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff.

B. Award damages in the amount of $225,000,000.

C. Award costs of litigation

D. Grant any other relief the Court deems just and proper.

EXHIBITS:

Exhibit A- Lara Pitaro Wisch has had the evidence of the crime against Congress, and several violations of the United States Constitution, which involved MLB through Dan Halem. Evidence withheld since 10/16/2024.

Exhibit B- Defendant willingly or unwillingly assisted Thomas McCauley of the State Bar of Arizona in concealing constitutional violations, involving Arizona lawyers, and Thomas McCauley refused to investigate all lawyers, prosecutor who intentionally used the wrong warrant of #12091911 to bring to Court(No legal authority over me),and then used the incorrect discovery, evidence in the case against me, and that evidence now being reviewed by The Arizona Supreme Court in 25-CV-0303-PR, and in 1:25-CV-04578 in The U.S. District Court of Columbia in Washington, D.C.

Exhibit C- US Marshals 2026-USMS-FOIA/PA-000339 will demonstrate that Defendant assisted Arizona who willingly used a warrant issued for another African American Man, named Terrell Collins, a civilian.

Defendant willingly or unwillingly assisted Arizona in violating the rights of a disabled Combat Marine, and Ignorance is no excuse.

Exhibit D- Defendant concealing fact that US Marshals arrested Plaintiff from 1925 E. Hayden Lane Apartment 215 in Tempe, Arizona with a warrant issued for Terrell Collins, and the Ninth Circuit Court Docket Number is: 26-320, which also names Gov. Hobbs and Arizona Court Administrator Aaron Nash in the lawsuit.

**Plaintiff has filed a MOTION TO INTERVENE or PARTICIPATE AS AN ALTERNATE IN IVA ROBBINS v. MOLLY C. DWYER et al., (Appeal No. 25-5017)

**Under the supervision of Stephenie McMahon, I am being denied access to courts, my filings are not docketed or processed, or tampered with, Plaintiff is met with threats of intimidation and retaliation, so Plaintiff filed the MOTION by way of certified mail, usps# 9505 5125 9432 6069 5510 51.

Exhibit E- The concealment of the crime against Congress, after Dr. Sam Foote of the Phoenix VA Lied under oath before a Congressional hearing and federal elected official Paul Gosar is one of many to ignore his constitutional duty and the crime against Congress, and the first Defendant in that complaint is Acting OIG Director of The Department of Veterans Affairs, David Case and that civil number is: 1:2025-CV-04578, U.S. Court District of Columbia.

Exhibit F- Senator Kirsten Gillibrand has ignored the crime against Congress and her constitutional duties, since 02/20/2024.

Exhibit G- The Honorable Secretary of the AOC has all evidence.



9502 8066 8406 4286 7323 07
UNITED STATES POSTAL SERVICE
AVONDALE GOODYEAR
375 S ESTRELLA PKWY
GOODYEAR, AZ 85338-9998
Priority Mail® 1 $10.45
Flat Rate Env
New York, NY 10020
Weight: 6.30 oz
Expected Delivery Date
Wed 10/16/2024
Tracking #:
9502 8066 8406 4286 7323 07
Insurance $0.00
Certified Mail® $4.85
e-Return Receipt $2.62
Total
MLB- Carla Pitaro
Wisch
Credit Card Remit $17.92
Card Name: MasterCard
Approval #: 06494Z
Transaction #: 041
Receipt #: 000041
Contactless
Use Tracking # for inquiry on Return Receipt (Electronic)

EXHIBIT A



11:48

25-1435; Ellen Hoecker Inbox

Thomas E. Mc... 11:47 AM
to me

Mr. Thompson,

I reviewed your charge. As you know, I am very familiar with your underlying convictions and the attorneys who have been involved in those matter, almost all of whom you have made complaints about. I have determined that there is insufficient evidence of an ethical violation to warrant further investigation. I am closing the file and will take no further action.

Tom McCauley

*Intake Bar Counsel*

STATE BAR OF ARIZONA

602-340-7352

Reply

EXHIBIT B

3:52
Jan 7
10:03 AM

EXHIBIT B

6. RELEASED OR? NO

WAS THE WARRANT SIGNED OFF? YES

OFFICER CONFIRMING WARRANT: Brimhall

FOJ WAR

WARRANT:12091911

OCA#: 12091911

RELATED DR #2014-1030394

Date: 4/16/2014 18:12:15

Share Edit Ask Add to Trash



U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

#739020-PKW; 03/10/2026
→ DOJ online

March 10, 2026

Richard Thompson
Pro se Litigant against US Marshals PHX Branch

EXHIBIT C

**Re: Administrative Response to Freedom of Information/Privacy Act Request 2026-USMS-FOIA/PA-000339**
**Subject: Aggregation and Administrative Closure of Duplicate Request of #2026-USMS-FOIA/PA-000276**

Dear Requestor,

The United States Marshals Service (USMS) is responding to your Freedom of Information Act/Privacy Act (FOIA/PA) request received by USMS on March 3, 2026 for the following:

*"Dear FOIA Officer,*

*Pursuant to the Freedom of Information Act, 5 U.S.C. part 552, I hereby request access to the following records:*

*In Case CR2015129136-001/Dr#2014 1030 448, your US Marshals arrested me from 1925 E. Hayden Lane, Apt 215 in Tempe, Arizona and refused to provide or show a copy of the warrant, because your US Marshals had knowledge that they had arrested me on a warrant meant for Terrell Collins.*

*As a Criminal Justice Major I know that this means, your agency violated my Constitutional Rights to fair and due process, and had no probable cause to arrest me.*

*I respectfully request a copy of the warrant that your US Marshals arrested me on under the supervision of David Gonzales. If there are any fees, I will pay them, because the disclosure of the requested information will allow me to Petition the Government for redress, which is my Constitutional Right.*

*" I AM NOT ASKING FOR LEGAL ADVICE, AS I HAVE ALREADY FILED A FEDERAL LAWSUIT AGAINST US MARSHALS and THAT CASE NUMBER IS:*

*2:25-CV-04765-*
*9th Circuit Court Docket Number: 26-320*
*Thompson v. United States Marshals Service, et al.*

*This FOIA Request has been included in 9th Circuit Docket 26-320"*

The FOIA and Department of Justice (DOJ) regulations allow the USMS to aggregate requests if they concern clearly related matters. Please be advised that because of the similarity of your requests, they will be aggregated and processed under **2026-USMS-FOIA/PA-000276.**

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c) (2006 & Supp. IV (2010)). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Please be advised that because this request is being aggregated, any appeal rights that may apply will be provided to you in our final response to 2026-USMS-FOIA/PA-000276.

Sincerely,

*/s/ ER for*

Charlotte Luckstone
Acting General Counsel
Freedom of Information/Privacy Act Officer
Office of General Counsel
Freedom of Information Act Unit
United States Marshals Service
U.S. Department of Justice

EXHIBIT
C



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

EXHIBIT D

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 26-320 |
| Originating Case Number: | 2:25-cv-04765-DJH--MTM |
| Case Title: | Thompson v. United States Marshals Service, et al. |

**2/24/2026**

Richard Wayne Thompson — Appeal Opening Brief (No Transcript Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**



FLAT RATE ENVELOPE
POSTAGE REQUIRED
P
US POSTAGE IMI 014850811060638 2000393590
$19.12
SSK
PM
08/11/25 Mailed from 85338 028W2312043
PRIORITY MAIL®
RC THOMPSON
CONSTITUENT
2227 S 180TH DR
GOODYEAR AZ 85338-6413
9.90 oz
RDC 03
RETURN RECEIPT REQUESTED
EXPECTED DELIVERY DAY: 08/13/25
C016
SHIP TO:
KATIE HOBBS
OFFICE OF GOVERNOR
1700 W WASHINGTON ST
PHOENIX AZ 85007-2812
USPS CERTIFIED MAIL®
9502 6066 8406 5223 8858 54

EXHIBIT D



UNITED STATES POSTAL SERVICE.
AVONDALE GOODYEAR
875 S ESTRELLA PKWY
GOODYEAR, AZ 85338-9998
(800)275-8777
16/2025
10:24 AM
duct
Qty
Unit Price
Price
PM Express
Flat Rate Env
$31.40
Washington, DC 20420
Flat Rate
Signature Requested
Scheduled Delivery Date
Sat 05/17/2025 06:00 PM
Money Back Guarantee
Tracking #:
EI697297237US
Insurance
$0.00
Up to $100.00 included
Total
$31.40
Hon. DAVID CASE
Grand Total:
(OIG)
$31.40
Debit Card Remit
$31.40
Card Name: VISA
Account #: XXXXXXXXXXXX1447
Approval #: 042413
Transaction #: 290
Receipt #: 105023
Debit Card Purchase: $31.40

ExHIBIT

E



ER158660279 US

UNITED STATES POSTAL SERVICE.

AVONDALE GOODYEAR
875 S ESTRELLA PKWY
GOODYEAR, AZ 85338-9998
(800)275-8777

/12/2025 10:32 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express Flat Rate Env | 1 | | $31.40 |
| Washington, DC 20420 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date Tue 05/13/2025 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: ER158660279US | | | |
| Insurance Up to $100.00 included | | | $0.00 |
| Total | | | $31.40 |
| Grand Total: | | | $31.40 |
| Credit Card Remit | | | $31.40 |

Card Name: MasterCard
Account #: XXXXXXXXXXXX1463
Approval #: 06644Z
Transaction #: 104
AID: A0000000041010 Chip
AL: MASTERCARD
PIN: Not Required CAPITAL ONE

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm
If unable to file online, call
1-800-332-0317 for a paper form

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

Hon. DOUG Collins

or call 1-800-410-7420.

UFN: 030481-0139
Receipt #: 840-58520388-1-13477062-2
Clerk: 01

EXHIBIT E



azcentral.

Subscribe Sign In

EXHIBIT E

# Sam Foote is no Arizonan of the Year

**Gary Addis**

Published 2:43 p.m. MT Dec. 29, 2014

Show image info

The naming of Dr. Sam Foote as "Arizonan of the Year" (Dec. 28 editorial) is misplaced.

You state: "Once he retired at the end of 2013, Foote, an internal medicine practitioner, could escape the full wrath of his employer." Therein lies the problem. This problem had been ongoing for years at the VA, and Foote had done nothing.

Coming forward when it was safe to do so

 9:11

Thank you for contacting The VA Hotline.

This email is to acknowledge receipt of your VA concern, which was submitted to The VA Hotline on 7/17/2025. Your concern is currently being forwarded to your local VA personnel for further assistance. A VA representative will then directly address your concern with you via phone, email, or written correspondence.

Below you will find The VA Hotline case number and the approximate date that you will be contacted regarding this concern. If you would like to follow up on the status or provide additional information, please provide the case number below to the VA Hotline Customer Service Representative at 1-855-948-2311.

Case Number: 13835966
Expected Resolution: Approximately 14 Business Days
Subject: Lies To Congress
Administration: VHA
Concern Type: SC - Staff Courtesy

EXHIBIT E





Jul 10, 2025
11:03 AM
PaulaPedene.com contact form
Inbox
Paula Pedene 10:59 AM
to me
Hello Richard,
I'm sorry to hear that you had issues with Dr. Foote at the VA. I do know they have protocols to remove patients and he had to go through numerous steps to do that so I'm sorry that happened to you.
There's nothing I can do about that that's past.
He did care for our Nations veterans honorably and put his career on the line to expose the wait time scandal thus saving thousand of veterans lives across the country.
I wish you the best.
Paula L. Pedene, APR, Fellow PRSA,
Owner,
Paula Pedene & Associates an SDVOSB
Executive Director,
Honoring America's Veterans
Author,
Share
Edit
Ask
Add to
Trash

EXHIBIT E

9:12

sgvk27@aol.c... 8:50 AM
to Rochair.Jenkins, m...

Dear sir

Thank you for your reply.

If there is an active investigation, then I could understand that you can't release information at this point in time. Does that mean you investigation is active? Please confirm.

I am failing to understand how a comprehensive investigation would not include information from previous investigations and other investigators in this case. Kindly explain. If these other investigations are all closed, I would wish to make contact with those who conducted them.

Please do let me know what the press liaison officer or similar is who would be able to give statements suitable for publication I wish to be in touch with them.

Yours sincerely
Suzanne Kelly
National Union of journalists

Sent from AOL on Android

ExHIB.T
E

9:12

I am not at liberty to release any findings in the investigation that was assigned to me regarding the complaint of Major Fister. All previous investigations were conducted by other investigators and I do not have access to their files.

EXHIBIT E

Rochair Jenkins

NAVAHCS

500 North Hwy 89

Prescott, AZ 86313

9:12

9502 8066 8406 4048 6122 05

UNITED STATES POSTAL SERVICE.

AVONDALE GOODYEAR
875 S ESTRELLA PKWY
GOODYEAR, AZ 85338-9998
(800)275-8777

02/17/2024 11:35 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| New York, NY 10017 | | | |
| Weight: 7.10 oz | | | |
| Expected Delivery Date Tue 02/20/2024 | | | |
| Tracking #: 9502 8066 8406 4048 6122 05 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| e-Return Receipt | | | $2.32 |
| Total | | | $16.57 |

SEN. KIRSTEN GILLIBRAND

NEW YORK

Grand Total: $16.57

Credit Card Remit $16.57
Card Name: MasterCard
Account #: XXXXXXXXXXXX1463
Approval #: 03135B
Transaction #: 631
Receipt #: 000631
AID: A0000000041010
AL: MASTERCARD

EXHIBIT F



UNITED STATES
POSTAL SERVICE.

AVONDALE GOODYEAR
875 S ESTRELLA PKWY
GOODYEAR, AZ 85338-9998
www.usps.com

03/05/2026 06:34 PM

TRACKING NUMBERS
9502 6066 8406 6064 9980 24

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

EXHIBIT G

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| Washington DC 20544 | | | |
| Weight: 6.00 oz | | | |
| Expected Delivery Date | | | |
| Mon 03/09/2026 | | | |
| Tracking #: | | | |
| 9502 6066 8406 6064 9980 24 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| e-Return Receipt | | | $2.82 |
| Total | | | $20.07 |
| Grand Total: | | | $20.07 |
| Credit Card Remit | | | $20.07 |

SEC. OF AOC

9502 6066 8406 6064 9980 24

Card Name: AMEX
Account #: XXXXXXXXXXX1004
Approval #: 844252
Transaction #: 555
Receipt #: 000555
AID: A000000025010801 Contactless
AL: AMERICAN EXPRESS

EXHIBIT H

**This is the article written by Investigative Journalists Suzanne Kelly, using evidence concealed by Defendants. Lara Pitaro Wisch and Dan Halem have this article.

UPDATE June 2025

EXHIBIT H

# Richard Thompson: Coda

Richard Thompson, Desert Storm Marine Vet, has been seeking justice for over a decade. Working tirelessly, he earned a degree in criminology an came out top of his class.

All stakeholders in his case from Mesa police, judiciary officials, state bar associations in Arizona and California, medical service providers, rights groups, veterans support groups have in their possession Richard's strong case: that evidence was either deliberately or 'accidentally' changed regarding trumped-up charges against him. He was, in his opinion and mine: wrongly arrested, wrongly incarcerated, medicated against his will v dangerous consequences, denied his medical records until just recently, denied any help to right the situation, denied appeals, denied justice.

In one of his most recent emails to me, he writes: "The response by Anne Bali of the Arizona Attorney General Office did not surprise, but after spe with Ciara of the Court of Appeals and one of her associates said, the wrong discovery used, the case should have been overturned.

"So, evidence that shows The State used the wrong discovery of 2014 1030 394 against me and 2014 1030 394 is not even on my list of incidents with I Police and Mesa Police also falsified documents about my address, and these falsified documents were first ignored by Stephen Scott who works at Arizona Attorney General Office with Anne Bali."

Unfortunately for Richard and for all of us – this is Trump's America in June of 2025. Injustice now seems to be the status quo; injustice is the tool dictator and the corrupt. Injustice remains the MO of the racists in power and their deluded followers.

Richard has proven his points time and again. I cannot speak for him, but I hope for, and wish to work for, a better government, a better judicial sy and a better society. The coming weeks and months will be hard, but stand firm. Do what is right. Share truth. Stand up for what you believe in.

At the moment tyrants are actively trying to erase America's past, and do not want our children to learn it. Want to make a difference? Teach it to t (A few links to get you started are at the end of this essay).

Richard is the most tenacious person I know. We have never met; the only money that ever changed hands over the 11-plus years we have been in c was when I bought a t-shirt from him. It is sad but wholly understandable he is going to turn his attentions away from fighting for his personal vindication; he is going to be fighting for many others now that he is equipped with his hard-earned honors diploma.

To anyone who thinks they have successfully buried the truth about Marine veteran Richard Thompson, to anyone who thinks they can re-write his Truth will emerge. The records are there to be discovered both about Richard and the books this administration seeks to ban, the historical heroes seek to erase for not being white heterosexual males. There will be better days. There will be those who come and take up the torch and seek justic with it. Please do your part to the best of your abilities, even just preserving knowledge, seeking truth and sharing it makes a difference.

They are few; we are many. They are wrong; we have right on our side.

To you Richard: respect and thanks for being such an inspiration. You are Valor personified; you are Tenacity.

Finally, at the time of writing people trying to safeguard Constitutional rights in Los Angeles are clashing with those who wish to carry out Trump's unlawful kidnaps, unlawful detainment, inhumane treatment, and even rendition to foreign prison camps. This is a difficult world to get justice in; is to everyone who fights for it.

LINKS

The Black history that isn't taught: Historians share lesser known moments in US racial history - ABC News (https://abcnews.go.com/US/black-history-isnt-taught-historians-share-lesser-moments-uss/story?id=106826076)

Two decades on, battle goes on over 'Gulf War Syndrome' - BBC News (https://www.bbc.co.uk/news/uk-12195884)

The United States' Treatment of Native Americans | Bridgewater State University (https://www.bridgew.edu/stories/2023/united-states-treatment-native-americans)

Detailed Timeline - National Women's History Alliance (https://nationalwomenshistoryalliance.org/resources/womens-rights-movement/detailed-timeline/)

6 Inconceivable Miscarriages of Justice in the United States - History Collection (https://historycollection.com/system-fails-6-terrible-miscarriage-justice-united-states/#:~:text=6%20Inconceivable%20Miscarriages%20of%20Justice%20in%20the%20United,6%20%E2%80%93%20Joseph%20Burrows%20%28Con%20in%201989%29%20)

EXHIBIT H

(resources/Richard%20Thompson...)

UPDATE May 2025 GRADUATION

With great pleasure I announce that Richard Thompson just graduated from Glendale Community College at the top of his class, with top honours!

He said: "It has been a long road. So many years ago I set out expose so many injustices, and at the same time I enrolled in school for Criminal Justice and today I graduated with highest distinction. "This is about my testimony drive and I hope that other Veterans will see that barriers are there to test us and make us stronger."

Richard continues his quest for justice, and is in contact with the Department of Veterans Affairs. Armed with his enhanced knowledge of the system, his keen mind, and his unequalled tenacity in the face of odds most of us woul overwhelmed by, Mr Thompson's success is an inspiration, something we need in these turbulent days. His story in many ways is just beginning.

## Introduction

If Richard "RC" Thompson sometimes sounds angry in his videos and his words, he has reason to be. In fact, it is impressive how he manages to keep things together and maintain good humour. This is the story of a Marine com veteran who believes he experienced many violations of his rights.

It certainly seems he has reason to feel this way, even though the organisations in question are hardly coming forw to explain or to help. The story is complex, it involves several US institutions, none of which seem to be able to full explain their dealings with Richard in the past, or why they are failing to meet his needs and his rights now.

Here are some of the issues he's had; all agencies I have contacted have shut down communications with me- perh some more dogged reporter with better on-the-ground resources can help make a difference not just to RC, but to tens of thousands who are in similar unacceptable situations. -Suzanne Kelly

# An introduction to Richard "RC" Thompson

## (by Suzanne Kelly)

Richard "RC" Thompson is a former marine; a veteran with Post Traumatic Stress Disorder from his time in service - in Desert Storm. RC said he was given an array of drugs by the VA, he maintains he was not told what the side effects could be, including suicide. RC felt suicidal and reached out to Arizona police, who arrested and imprisoned him. While imprisoned, he says he was deliberately harmed. Richard says he received no medical treatment for his mental condition while imprisoned, and no meaningful subsequent mental, housing, advice, financial assistance from the Veterans' Administration.

RC had a girlfriend; they had a child. She then went to the courts for a restraining order; he was not informed about this, and on the court papers his address - known to the police - was incorrectly noted as 'no fixed address.' The child was put up for adoption. RC says he later found out the mother of this child had had children before which were put up for adoption (the adoption business is a means for a woman to make money in the US).

Richard is trying to do his part by being on film and radio and he does it "with support from God and my fiance to continue to progress with PTSD treatment and other health issues such as IBS".

So where are the institutions he joined the Marines to help uphold when it comes to helping him by either redressing their own serious shortcomings or give him the help he is entitled to? The answer is - nowhere to be found.

RC has the support of several family members, former vets who have similar tales, a documentary producer who has produced Shattered Redemption, and a few investigative journalists.

Do I think RC's life would be different if not for being black, being prescribed heavy medication for PTSD and not being wealthy? Absolutely.

Contact me here: sgvk27@aol.com

**Unshattered Redemption**

Unshattered Redemption is a documentary being produced by NO WAY OUT FILMS, producers Michc Butler and John Williams in association with Angel of Music Productions, who are currently working on the Unshattered Redemption documentary film featuring "RC" Thompson one of the the four Combat Veterans the film.

Here are some of the videos produced to date:

Videos (click on red text for link)

How some Vets are sleeping (https://youtu.be/fA0nsb3Yk_c)

Richard says: "THE PHX V.A. does not own ANY EMPMOYMENT AGENCIES or APARTMENT COMPLEXES, but they allow COMBAT VETERANS PTSD to be sent to this STATE run shelter. I spoke wit representative of Gov. Ducey office and they said this ON MAYOR STANTON...."

Caught in a system of misinformation and it seems st malice (https://www.youtube.com/watch?v=_gwdjKNn

RC has more than tried to help himself; here is a vide showing the extent of some of the correspondence he been involved with trying to get his rights upheld.

See more videos here (https://www.youtube.com/result search_query=unshattered+redemption)

EXHIBIT H

## The Veteran's Administration

Powers: To give PTSD counselling, to give medical assistance, to give housing assistance, to give financial aid, to give training

Position: They can't - or won't help. They prescribed over six powerful drugs for PTSD which Richard says have not helped -and the side effects were not explained.

What RC says about the VA: " And yesterday (late December 2017), I found out from my Doctor the PH V.A. was giving me the wrong medication for over 10y My Civilian Dr. informed me of that !!! My IBS keeps r FROM GOING TO THE RESTROOM...#1 and #2........ my doctor was like......

"Why would the V.A. give me medication for an OVERACTIVE BLADDER, when I couldn't go in the fi place The PHX V.A. was giving me OXYBUTININ CHLORIDE, when I HAVE NEVER HAD AN OVERACTIVE BLADDER So along with the LIE that MESA POLICE put on me.....IM PROVING ALL OF M CASES To FRANCINE MARTIN. The V.A. already knc

# Richard "RC" Thompson

## A uniquely American story of how a marine vet says he has been treated by Arizona police, the VA, the ACLU, the courts and... the NAACP

The Mission:

* To get transparency and restitution from institutions that have wronged Mr Thompson;
* To get RC's arrest record erased and his injury in custody investigated;
* To have RC's parental rights recognized;
* To ensure RC and his family get decent, stable housing and that he receives all the support, training, financial ai marine vet deserves;
* To raise awareness of RC's situation which is sadly not unique;
* To get explanations from institutions and individuals at fault;
* To hear from others who have similar stories they want to share with a view to building a support group; and

*By all of the above try to ensure that vets, minorities, people with mental and emotional health issues such as PTS are not treated as criminals and are informed about medical treatment options; to ensure there is reform and improvement to adoption practices; and to ensure those who have earned care and support get help with dignity, efficiency and without discrimination.

(resources/20170717(resources/rich...)%20was%20not%20transient%20despit

(Photo taken by Bob Worsley staffer)

Richard says they also treated him for IBS with a medication used for bladder problems for 10 years.

EXHIBIT H

about these issues, and since the FRANCINE MARTI says I don't have a case, which I disagree with.

"At the reference of National Association of Black Veterans, I sent the same information that was sent t ACLU to the EQUAL JUSTICE INITIATIVE...... I also s the information to my first Dr. that diagnosed me wit PTSD in 1999 and to Betty McGhee of the NAACP, I already sent my information to NAACP headquarter and they did me worse than non blacks even DENYI the renewal of my membership and sending my $30 I ****SENATOR MCCAIN'S OFFICE CALLED THE PO ON ME FOR TRYING TO GET HELP FROM THEIR OFF"

## Mesa and Maricopa Arizona police

Powers: To uphold the law while obeying the law

Position: They cannot explain to Richard's or my satisfaction why Richard was arrested, why and how he was assaulted while in custody, and why they arrested someone asking for help because they said they felt suicidal.

Above these unsatisfactory situations, Richard wants to know in particular how the State could have his address on his arrest papers, but then list his address as 'unknown' while the mother of his child was moving to have the child adopted - Richard did not know of the adoption, but allegedly a DNA test was done - he says he never took any test.

**About Mesa Police:**

A representative of Maricopa, Arizona Police replied the state would not answer any of the submitted questions Kelly had emailed, saying: "Ms. Kelly - we w consider responding to specific questions regarding M Thompson's time in the Maricopa County Jail and not more."

Richard says:

"DURING MY RULE 11 MENTAL HEALTH HEARING

"MARICOPA COUNTY COURTS LIED ABOUT AND SUPPRESSED MY MEDICAL RECORDS.....I HAD NO FAIR REPRESENTATION....ARIZONA LIED AND SA WAS GETTING COMBAT TREATMENT THROUGH MIHS...A LIE.

"I HAVE HAD TO MY OWN LEGAL BECAUSE ARIZONA AND THE AZ ATTY GEN OFFICE HAVE DRAGGED THEIR FEET AND USED STATUTE OF LIMITATIONS TO KEEP FROM GIVING ME A LAWYER...IN THE 324 CASE#2017-113556EA..MARIA ADAN OF THE AZ ATTY GEN OFFICE TOLD ME THEY WERE GETTING ME A LAWYER.

"I FILED A COMPLAINT WHEN MESA POLICE LIE ABOUT HAVING MY ADDRESS TO GET A CONVICTION AND WARRANT.....I SPENT TWO MONTHS IN JAIL FOR THIS AND THAT IS A VIOLATION OF THE 13TH AMENDMENT."

"4. DURING MY RULE 11 MENTAL HEALTH HEARI MARICOPA COUNTY COURTS LIED ABOUT AND SUPPRESSED MY MEDICAL RECORDS.....I HAD NO FAIR REPRESENTATION....ARIZONA LIED AND SA WAS GETTING COMBAT TREATMENT TRHOUGH MIHS...A LIE.

"MENTAL HEALTH HEARING. MARICOPA COUNT COURTS LIED ABOUT AND SUPPRESSED MY MEDICAL RECORDS.....I HAD NO FAIR REPRESENTATION....ARIZONA LIED AND SAID I W GETTING COMBAT TREATMENT TRHOUGH MIHS. LIE WHILE I WAS WAITING ON THAT..."

Private Accommodation Eviction

Private Investigator who is looking into the actions of Clark said:





EXHIBIT
H

**What Richard Needs:**

Answers, apologies and restitution from the institutions that have at best not supplied the support he needed and worst violated his rights, and damaged his help

A stable, clean, decent permanent home for him and his family

Employment training and support for a meaningful career

Counseling for PTSD issues

Medical support for his health problems

Re-examination and subsequent restitution concerning his medical care, arrest, injury, how his legal issues were handled, particularly the adoption of his child.

All of the above will require assistance from agencies that have been aware of the situations Richard describes, he from the community, and financial help.

Suzanne Kelly

sgvk27@aol.com

Richard can be contacted by email here: [redacted]

This website contains the opinions of both Suzanne Kelly and Richard "RC" Thompson, factual data, and quotes. Should any individual or agency c forward to claim any portion of this page is inaccurate or untrue, they will be welcome to send in documentation to support such a claim. Any such claim that is verified will result in a revision and an apology. No such corrective action is anticipated. Should any organisation wish to help Richard Thompson and wish such help to be included in this page, then the page will be updated. There is a considerable body of work outside this summa page that supports the content.

# What Richard's fellow vet says

My Marine Brother Richard Thompson. He is a good man, The VA is messed up bad. There has to be a way to right the wrong they have done to him. If this was a civilian doc there would be a malpractice suit. I don't know your position but thank you from this 62 yr old marine who's got the run around by them still to this day but giving the wrong Meds for 10yrs wow. I pray he gets compensated for this wrong doing. Someone needs to be fired.

Thank you very much. - Mr W DeMartini.

PS.... If I can help let me know ok.

# What a friend (Ms Lockett) says

I am sending this email in regards to my soon to be son-in-law Richard Thompson. I first met Richard in April 2017 via my daughter Latosha who has known him since 2004 and learned of his dealings with PTSD, in the time I've known Richard he has been a kind soul dispite the bouts of having to deal with something I can't possibly imagine, I strongly feel that seeing how Richard and Latosha communicate with one another, learning, teaching and complementing each other has made me truly blessed to know such a man that strives on expressing his feelings and take necessary steps that are and should be in my opinion of the care and rights of all those who have served this country with the aftermaths of their struggles to cope as civilians with PTSD...I love, care about and respect all servicemen and woman for their unyielding services!

EXHIBIT H

© Copyright Richard Thompson, portrait of a US Marine Vet

Richard's family have had visits from police and other agents and their home has been searched, the existence of a warrant is unknown.

One particular antagonist is Douglas Clark. There are number of documented instances of him exceeding his authority in over 30 cases involving several families. He still seems to be a form of deputised officer despite correspondence relating to his speeding, excessive expense claims for gasoline including during times he was not on duty - and for claiming he had a level of firearms competency and authority which was not the case.

ExHiBiT
H

Mr. Thompson's fiancé stated, that Mr. Clark threate Mr. Thompson by poking him in the chest, and pushin and telling him he was about to have a bad day. Mr. Thompson as he was talking to his fiancé, and makin phone call in reference to a letter stating he had unti 30-2017 to leave where he was, this is when Mr. Clark went off. In the state of Arizona, it appears that Mr. C committed threatening and intimidation, along with assault. This is the issue I am investigating."

"The PPD did not take a report and they (Richard an fiancé) were not aware the CAD (NOT A REPORT) d not include the fact of the assault by Douglas Clark c stated by Richard and fiancé. In the CAD it shows th Mr. Thompson was calling to address the assault whic had happened. But the police did not make a report. referenced by police in the cad Mr. Thompson is a kn 918 subject."

Richard says: "On July 21st( 2017-12-69919); PHOENIX POLICE and VETERANS COURTS , VERONICA PE and officers Metcalf and brown, forced my family out in the heat, after my fiancee told them I was not hom THEY FORCED MY FAMILY OUTSIDE AND SEARC MY APT.....I WAS OUT JOGGING !! 3. AFTER MY AP WAS ILLEGALLY SEARCHED AND MY ENTIRE FAMILIES CIVIL RIGHTS WERE VIOLATED. THE EXCUSE IS THAT I WAS ON VETERANS COURT PROBATION. BUT I HAVE THE NAME AND PHOTO OF A WHITE COMBAT VETERAN, WHO POSTED OF HIM WITH HIS FIREARM...HE WAS ON PROBATION AS WELL...

"THEY WOULD TERMINATE MY PROBATION EAR AND GAVE ME $300 BACK...$150 SHOWED IN THE ARCADIA JUSTICE COURTS DID A LOCKOUT AND EVICTED ME !!! AND THAT'S WHEN CONSTABLE, DOUG CLARK ASSAULTED ME BY PUSHING ME TWICE AS HARD AS HE COULD, HE THEN TRIED HEAD BUTT ME, AND WAS REACHING FOR HIS WEAPON AT THE SAME TIME... HE GOT NO AGGRESSIVE ACTION AND HE CAUGHT."

MY FIANCEE WAS CRYING WHEN PHOENIX POL GOT THERE, BECAUSE SHE WITNESSED EVERTH I HAD CALLED 911 TO PRESS CHARGES, AND THA WHEN OFFICER DEMPSEY REFUSED TO TAKE M COMPLAINT !! HE TOLD ME I WAS NOT ALLOWE TO FILE A COMPLAINT !! CONSTABLE BRANHAM WAS TRYING TO TALK ME DOWN, WHILE THE P POLICE OFFICER WAS TRYING TO TALK MY FIANCEE INTO SAYING SHE WAS AFRAID OF ME THAT THEY COULD ADMIT ME."

**During all of this struggle, Richard wants to pursue a graphics design career.**

**Here is some of his work.**

**When all of his issues are dealt with, it's hoped he can get formal training to pursue this goal.**

DECLARATION OF PLAINTIFF

I, Richard Wayne Thompson, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 03/13/2026

Richard Wayne Thompson

Signature:

Pro Se Litigant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing complaint has been served on Defendant, Major League Baseball by way of USPS on 03/13/2026.

Richard Wayne Thompson

Pro Se Litigant

DEFENDANT,

MLB Registered Agent

* Corporation Service Company *

AVONDALE GOODYEAR
875 S ESTRELLA PKWY
GOODYEAR, AZ 85338-9998
www.usps.com

03/13/2026 01:38 PM

TRACKING NUMBERS
9505 5066 8406 6072 0022 32

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.95 |
| Wilmington, DE 19808 | | | |
| Weight: 8.40 oz | | | |
| Expected Delivery Date Mon 03/16/2026 | | | |
| Tracking #: 9505 5066 8406 6072 0022 32 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $11.95 |
| Grand Total: | | | $11.95 |
| Credit Card Remit | | | $11.95 |

MLB Corporation Service Co.

9505 5066 8406 6072 0022 32

Card Name: VISA
Account #: XXXXXXXXXXXX7651
Approval #: 950136
Transaction #: 786
Receipt #: 000786
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.